IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT ROSS BANKS,

    Plaintiff,

vs.

ALOK KALE and PRESTON HUMPHREY,

    Defendants.

Case No. 13-cv-559-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed.

DATED:   August 7, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

s/Brenda K. Lowe, Deputy Clerk

Approved:   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**